and *John R. Norris* and *Frank Thompson, Jr.* for the Interstate Common Carrier Council of Maryland, Inc., appellees.

No. 334. GORDON, OFFICER IN CHARGE, IMMIGRATION AND NATURALIZATION SERVICE, *v.* HEIKKINEN. The motion of petitioner to vacate and remand is denied.

No. 460, Misc. JONES *v.* ALVIS, WARDEN, ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 605. JOHNSON *v.* PORTLAND TRUST & SAVINGS BANK. Supreme Court of Washington. Certiorari denied. Petitioner *pro se.* *Clarence D. Phillips* for respondent.

No. 650. HARKNESS *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 651. HARKNESS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Philip S. Ehrlich, Albert A. Axelrod* and *R. J. Hecht* for petitioners. *Solicitor General Perlman, Acting Assistant Attorney General Slack* and *Harry Baum* for respondent. Reported below: 193 F. 2d 655.

No. 668. BLACKFORD ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Kenneth C. West* and *Walter A. Raymond* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.